1   KIMBERLY A. MAXSON
    624 Mariola Street
2   Las Vegas, NV 89144-4479
3   Phone: 702-318-2750
    Email: KimberlyMaxson3@GMail.com
4   IN PROPER PERSON

5

FILED ___ ___RECEIVED
___ ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 27 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

6
7                    UNTIED STATES DISTRICT COURT
                          DISTRICT OF NE
8
                                        **2:16-cv-00152-APG-CWH**
9   KIMBERLY A. MAXSON          )   Case No.
                                )
10       Plaintiff              )   **INITIAL COMPLAINT FOR**
11                              )   **DISCRIMINATION, RETALIATION,**
                                )   **WRONGFUL TERMINATION,**
12  vs.                         )   **FAILURE TO HIRE, DEFAMATION**
                                )   **DISPARATE TREATMENT,**
13                              )   **TORTIOUS INTERFERENCE AND**
    H&R BLOCK, INC.             )   **INTENTIONAL INFLICTION OF**
14                              )   **EMOTIONAL DISTRESS**
15  Does 1-25                   )
                                )   **DEMAND FOR TRIAL BY JURY**
16                              )
17  _____)

18
19                          **I. INTRODUCTION**
20
        KIMBERLY A. MAXSON, in Proper Person hereby files this civil action
21
22  brought against my employer H&R Block, Inc., seeking monetary and other relief
23  for violations of my civil rights and other federal laws as per herein and captioned
24  above.   Some of the violations are still transpiring at this time as are the abuse
25
26  and/or attempted abuse of legal proceedings in all directly related legal matters
27  and which have a direct effect on this legal action (Exhibit E-Pages 37-38 of 90).
28                                      1

I am a victim of and / or witness to years of state and federal crimes (Title 18 U.S.C. § 3771(e)(2)(A)) including that involve an organized criminal "racketeering" network and that use the courts in furtherance of their crimes.

As Case No. 2:14-cv-01724-GMN-PAL was the first case that I filed in this United States District Court, District of Nevada, I have consistently referred to it as "USDC Case No. 1" and I continue to do so herein and hereafter.   That legal matter has been part of the "*Fraud Across The Judicial System*" including but not limited to as referenced in Exhibits B, E and F filed herewith.

I have consistently referred to Case No. 2:14-cv-02116-APG-NJK as "USDC Case No. 2" and I continue to do so herein and hereafter.   That legal matter is the only one that the "*Fraud Across The Judicial System*" has not totally corrupted.   The Honorable Andrew P. Gordon, Presiding Judge of USDC Case No. 2 has that case on a stay of sorts at this time with respect to a final hours fraudulent and frivolous Motion To Dismiss (Doc No. 54) filed by Mosaic's legal counsel[1] in that matter.

When I make reference to this legal matter I will do so hereafter as "USDC Case No. 3".

Beginning at "*III. GENERAL BACKGROUND*" on Exhibit F-Page 4 of 29, I reference the "*Fraud Across the Judicial System*" which involves the orchestrated attempted corruption of all legal matters in which I am a Claimant,

2

1  Plaintiff, Charging Party, Petitioner and/or Appellant which is transpiring in large
2  part to cover-up for the years of state and/or federal crimes, including under the
3
4  False Claims Act and RICO Act that have failed to be lawfully addressed by
5  those with the authority and responsibility to have done same.

6      In the orchestration of the corruption and/or attempted corruption of all
7
8  legal matters (ie – Exhibit E – Pages 37-38 of 90) it is important to pay attention
9  to how events in one legal matter affects the others.

10      With respect to this legal matter and as I address below. events that have
11
12  transpired ensured that I would once again be forced to draft an Initial Complaint
13  on my own without benefit of legal counsel and with very little time to do same
14  and while I was provided with yet another fraudulent "***Dismissal and Notice of***
15
16  ***Rights***" letter (Exhibit D-Page 2 of 4) that has once again defrauded myself and
17  our country (Title 18 U.S.C. §§ 1341, 1961(1)).

18                    ## II. JURISDICTION AND VENUE
19
20      This Court possess jurisdiction for this matter pursuant to 28 U.S.C. § 1331
21  including because of the violations of Title VII of the Civil Rights Act of 1964,
22  42 U.S.C. § 2000e et seq and 42 U.S.C. § 12112.   Jurisdiction may also arise
23
24  from 28 U.S.C. § 1332.

25      I have been greatly harmed including through discrimination based on
26  disability and retaliation such as with respect to the Americans With Disabilities
27
28                                    3

Act and the above paragraph and also related to my status as a victim / witness of state and federal crimes.     Including but not limited to the intentional deprivation of my right for honest services from the Nevada Equal Rights Commission ("NERC") and the Los Angeles District Office of the EEOC ("LA DO of the EEOC") and other due process rights, jurisdiction for this matter also arises from violations of  Title 42 U.S.C. § 1983.

Title 28 U.S.C. § 1367 provides this Court with "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution".

Any jurisdiction that may arise under 28 U.S.C. § 1332 does not "solely" arise from same and therefore this Court's supplemental jurisdiction including but not limited to with respect to the state claims is not limited or prohibited.

Venue is proper in this District pursuant to 28 U.S.C. § 1391.   A substantial portion of the acts and conduct transpired in this District.

As the entirety of "***all of this***"[2] involves tax fraud including but not limited to portions known by defendants (Exhibit A-Page 1 of 1) and especially but not limited to involving defendants in USDC Case No. 2, and as the United States of America has a direct interest in all legal matters (ie – USDC Case No. 2, Doc No. 8), venue may also be deemed to be proper in this District pursuant to 28 U.S.C. §

4

1   1396.

2          This matter exceeds the value of $75,000 exclusive of interest and costs.

3          This civil action is being filed within ninety days of my having received

4   the "Right To Sue" letter from the LA DO of the EEOC.        It is dated October

5

6   27, 2015 (Exhibit D-Page 2 of 4) and is postmarked October 28, 2015 (Exhibit D-

7   Page 3 of 4).    If it was deposited in the U.S. Mail the morning of October 28,

8

9   2015, pursuant to the calculator available at www.USPS.com, the expected

10  delivery date of a first class envelope mailed from zip code 90012 to 89144 is

11

12  Friday, October 30, 2015.    If it was deposited in the U.S. Mail later in the day

13  on October 28, 2015, then the expected delivery date is Saturday, October 31,

14  2015.

15

16         Therefore, if the postmark on the envelope displaying a time/date of

17  mailing of 2:10pm PST on October 28, 2015 came from the United States Postal

18  Service and not from a postage meter at / used by the LA DO of the EEOC then

19

20  the earliest that the envelope and contents (Exhibit D-Pages 1-3 of 4) would have

21  been received by me is Friday, October 30, 2015 or Saturday, October 31, 2015.

22  That provided me with a filing deadline date of January 28, 2016 or January 29,

23

24  2016 if the Main Office of the EEOC in Washington, DC could not be fully and

25  properly informed of the events that have transpired so that they could rescind the

26  "Right To Sue" letter by that same date.

27

28                                    5

## III.  PARTIES

I, KIMBERLY A. MAXSON, Plaintiff in this action am an adult individual who at all times herein have been a resident of Nevada and a citizen of the United States of America.

Defendant "H & R BLOCK, INC." (herein "H&R Block") is a corporation headquartered at One H&R Block Way, Kansas City, MO  64105.    H&R Block does and / or has done business as H&R Block Enterprises, Inc., H&R Block Enterprise Services LLC, H&R Block Eastern Enterprises, Inc., H&R Block Tax Services, Inc., H&R Block Tax Company, LLC, HRB Resources LLC and H&R Block.    H&R Block transacts business in this district.

The corporation's registered agent in the State of Missouri is CT Corporation System ,120 South Central Avenue, Clayton, Missouri 63105.

There are individuals that I believe may need to be identified by name in the caption of this legal matter but not all of which can be identified at this time, and "Does 1-25" are included in the caption above to provide for inclusion of same.

## IV.  BACKGROUND

USDC Case No. 2-Doc No. 44 at p 18-21 provides some general information regarding my advancement at H&R Block and dates of significance involving defendants from USDC Case Nos. 1 and 2.

6

1   H&R Block offers classes each year in which individuals can pay to take

2   classes to learn tax preparation and that is a means by which H&R Block obtains

3
4   new "First Year Tax Preparers" each year.

5   However when I applied for a Tax Preparer position with H&R Block on

6   September 21, 2009 it was as part of a special program that H&R Block had at the

7
8   time in which they interviewed applicants first and then selected from among

9   those applicants those individuals that would be employed by H&R Block and

10   paid to take their Income Tax Course ("ITC").

11
12   I completed my hiring paperwork on October 15, 2009 and October 16,

13   2009, was paid to take the ITC and certain skills training from on/about

14   November 24, 2009 to on/about January 2, 2010.   On November 24, 2009 I

15
16   passed the ITC Exam with a score of 93 and began work as a "Tax Associate" in

17   Tax Season 2010 ("TS10").

18   I was initially hired by Mosaic (defendants in USDC Case No. 2) on /

19
20   about October 12, 2009 as a Merchandising / Field Specialist (USDC Case No. 2,

21   Doc No. 2-main, p 2) and therefore I began working for both companies around

22   the same time.   As stated on that page and as detailed further in the

23
24   forty-three page fax included in Exhibit E (Pages 48-90 therein[3]),  events and

25   actions that began my "Mosaic Charge"[4] caused my Industrial Accident on July

26   13, 2010 during which time my bilateral knees were injured.    As

27
28                                                   7

1   acknowledged by Mosaic in the records in my Nevada Workers Compensation

2   Claim YNA09289C ("Claim[5]"), Mosaic caused my bilateral knee disability

3
4   which is "***Chondromalacia Patella of Bilateral Knees and Attenuated ACL of***

5   ***Left Knee***".

6       Again referencing beginning at "**III.   GENERAL BACKGROUND**" on

7
8   Exhibit F-Page 4 of 29, my Claim, Mosaic Charge and a labor matter with Mosaic

9   are all intrinsically inter-related and joined in the pleadings in my Claim during

10  the first consolidated hearings that transpired on October 25, 2010 and all three

11
12  legal matters are among what defendants in USDC Case No. 1 were to provide

13  me with their legal representation.

14      As seen on Exhibit E-Pages 48-90, fraud and fraud on the court transpired

15
16  from the very beginning of my Claim (#3 on Exhibit E-Page 37 of 40) such that I

17  never actually had a workers compensation claim and accordingly the Nevada

18  Industrial Insurance Act ("NIIA") does not apply as an exclusive remedy.

19
20  Additionally, because the parties failed to follow Orders for remedies that I was /

21  am entitled to receive and since my Petition For Judicial Review (#2 on Exhibit E-

22  Page 37 of 40) was part of the "***Fraud Across The Judicial System***" as has been

23
24  my Appeal at the Supreme Court of Nevada (#1 on Exhibit E-Page 37 of 40),

25  I have not received the remedies that I have been legally entitled to including but

26  not limited to pursuant to the NIIA.   Therefore all remedies (ie –Equitable Relief

27

28                                        8

Based on Extrinsic Fraud) would / will have to come from civil and/or criminal proceedings.   As my Claim and Mosaic Charge have been intrinsically inter-related this entire time, that is a reason why Mosaic made a final hours appearance with a fraudulent Motion To Dismiss (Doc No. 54) in USDC Case No. 2 (#3, 4, 5 on Exhibit E-Page 37 of 40).

Although it was burden to Judge Gordon and took up space on the docket of USDC Case No. 2 and although it was also a burden to me to have to produce the filings, I appreciate Judge Gordon providing for my filing same.  Within those filings I also addressed the corruption of my Charge against H&R Block (#6 on Exhibit E-Page 37 of 40).    The most recent filing in USDC Case No. 2 related to same is Doc No. 90 therein.

Both Mosaic and H&R Block regarded me as having a disability within the meaning of the Americans With Disabilities Act ("ADA").   Mosaic refused to enter the interactive process and told me that they would not employ me until I was "*at 100%*" and "*without medical restrictions*" and then intentionally harmed me including through the **Fraud On The Court / Conspiracy To Defraud ("FOTC/CTD")**[6] so that I would never be "*at 100%*" again and would in fact become increasingly disabled.

In contrast, H&R Block provided me with reasonable accommodations for my bilateral knee disability that was caused by Mosaic.   As seen on USDC Case

9

No. 2, Doc No. 44-p 15-16, my office managers and district managers interacted with me regarding what reasonable accommodations I required and a number of people at H&R Block were aware of the criminal conduct involved in my Claim and Mosaic Charge.

Exhibit G is a copy of the "Record on Appeal" that was transferred from the Hearing and Appeals Division and/or the Nevada Department of Administration to the Eighth Judicial District Court and is purported to be all that remains of my files and records at the Hearing and Appeals Division.

In the totality of the records[7] in my Claim and Mosaic Charge, it can be seen that H&R Block provided me with reasonable accommodations but that I could not work as much as both H&R Block and I desired and therefore I have continued to meet the qualifications for Temporary Total Disability ("TTD") since the beginning of my Claim in September 2010 and the inclusion of H&R Block in my TTD daily rate is one of the many topics that was intentionally corrupted in my Claim and that requires remedy.

An ongoing question from H&R Block was when was I finally going to receive my Claims Acceptance Letter ("CAL")[8] and medical treatment[9] that were illegally withheld from me because again I could not work as many days as H&R Block wanted me to work.

However, with the amount of time that I could work, not only could I

10

perform my job at H&R Block with the reasonable accommodations but I continued to advance in Certification Level every single year as seen on USDC Case No. 2, Doc No. 44, p 18-21 and I achieved the highest level one can achieve before becoming a Master Tax Advisor / Enrolled Agent[10].

Although I could not work as many days and hours and therefore could not complete as many tax returns as some of my co-workers, I advanced further and faster than the non-Enrolled Agents in my Office in certification level while developing a reputation and award for "Second Looks" and building a loyal client following.

In addition to working during tax season, I was also employed by H&R Block during the "off-season" / "pre-season" as a Pre-Season Tax Preparer and Instructor and also regarding which reasonable accommodations were provided for me.

However all of that changed in Tax Season 2014 when my new Office Manager Patrick Rodgers intentionally sabotaged me including by approving reasonable accommodations for my bilateral knee disability but then lied about same and during a Mid-Season Review with District Manager Douglas "Doug" Terry that transpired on March 10, 2014, they used my reasonable accommodations and bilateral knee disability as grounds to terminate me and to remove me from the schedule permanently.

11

1
2
3
4

When clients telephoned the office to schedule with me, Mr. Rodgers and my office mates told them things about me that were not true as to why I was not on the schedule.

5
6
7
8
9
10
11
12

Clients were witness to the reasonable accommodations that H&R Block provided to me over the years and in response to what transpired, clients protested how I was discriminated against and also how Mr. Rodgers and Mr. Terry treated them.   Some clients left H&R Block completely and others refused to have their taxes prepared by anyone other than myself and they called the corporate office to complain.

13
14
15
16
17
18
19
20
21
22
23

For example, one client chose to remain with me as her tax preparer even though she moved out of state and accordingly, she mailed her documents to me at my office at 7550 West Lake Mead Boulevard, Las Vegas, NV 89128 (Office # 27852).    As that client did same specifically for me to prepare her taxes, she was unwilling to have anyone else prepare her taxes when she was informed that I was no longer employed at H&R Block.   She told me that Mr. Rodgers was extremely rude to her and told her that she could come by and pick up her papers even though it was clearly obvious that she was half-way across the country!

24
25
26
27

I filed a formal discrimination complaint against Mr. Rodgers and Mr. Terry with H&R Block Corporate and was provided with Case Number 13353712.

28

1    Although other tax preparers such as but not limited to Judith Kasky were /

2   are party to my causes of action herein, ultimately Mr. Rodgers was our office

3
    manager that year and Mr. Terry was the district manager and my wrongful
4

5   termination required their participation to make it happen.

6    When Mr. Rodgers and Mr. Terry wrongfully terminated me effective

7
    immediately on March 10, 2014, I had my usual drawer of drop-offs and returns
8

9   in process in addition to a client that was sitting at my tax desk waiting for me to

10   prepare her tax return following that meeting.    Mr. Rodgers and Mr. Terry

11
    prohibited me from completing her tax return and Mr. Terry stated to me "*And I*
12

13   *don't want to hear about all of the clients that depend on you*".

14    H&R Block heard from the clients themselves – on their own initiative

15
    and including as referenced above.    The actions of Mr. Rodgers and Mr. Terry
16

17   also clearly reflected negatively on H&R Block.    When clients complained about

18   the matter I requested that they not judge H&R Block as a company based on the

19
    actions of Mr. Rodgers and Mr. Terry (and miscellaneous tax preparers in my
20

21   office) before H&R Block Corporate addressed what transpired and their conduct

22   with respect to same.

23
     I was wrongfully terminated because of my bilateral knee disability and
24

25   reasonable accommodations for same and I remained off the schedule for

26   approximately two weeks during which time I sustained financial losses and

27

28                                          13

1   was defamed to clients and to upper management / H&R Block Corporate by and

2   / or under the management of Mr. Rogers and Mr. Terry.

3
4           Including because of the client complaints,  I was brought back to finish

5   that tax season for the clients that wanted me to prepare their tax returns but at the

6   North District Office (3171 North Rainbow Blvd – Office # 27836) under my

7
8   former office manager, Michael Dibetta.    Mr. Dibetta was my office manager

9   at my office (Office # 27852) in Tax Season 2013 during which time he provided

10  me with reasonable accommodations for my bilateral knee disability and he was

11
12  the office manager at the North District Office (Office # 27852) in Tax Season

13  2014.

14          Before I was officially back on the schedule for the remainder of Tax

15
16  Season 2014, I had to first attend a meeting with Mr. Rodgers, Mr. Terry and Mr.

17  Dibetta at the North District Office but only the former two attended and during

18  which time I was issued a "Final Warning" letter dated March 19, 2014 that they

19
20  could not obtain without upper management's approval pursuant to H&R Block's

21  Corrective Action Policy / Policy # 110.

22          Mr. Rodgers and Mr. Terry not only falsified documentation regarding my

23
24  reasonable accommodations and sabotaged me to wrongfully terminate me, but

25  they further lied to upper management in order to generate that completely false

26  "Final Warning" letter that was/is intended to remain in my permanent records

27

28                                      14

1 | with H&R Block.

2 |     Mr. Rogers and Mr. Terry fabricated the reasons why I was wrongfully

3 |
4 | terminated to make it appear as if I was a non-compliant tax preparer in order to

5 | obtain that "Final Warning" letter which in large part was also intended to cover

6 | for their own wrongdoing while disparaging my spotless reputation in the process.

7 |
8 |     For example, the clients that stood up for me and for themselves were why

9 | Mr. Rodgers and Mr. Terry falsely represented me in the "Final Warning" letter

10 | as if I contacted clients in violation of an H&R Block policy.

11 |
12 |     I obtained a number of clients as referrals and referrals of referrals from

13 | clients over the years and when Mr. Rodgers and Mr. Terry wrongfully terminated

14 | me on March 10, 2014 effectively immediately, they left a client sitting at my tax

15 | desk that I was scheduled to meet with after my Mid-Season Review with Mr.

16 | Rodgers and Mr. Terry as stated above.

17 |

18 |     That client was a referral from a referral and both of whom brought me

19 | other referrals and one of which brought yet another referral.    In other words,

20 | people talk on their own and some clients picked up their documents and left

21 | H&R Block completely while others contacted H&R Block to bring me back on

22 | the schedule to complete and/or prepare their tax returns.

23 |
24 |     Mr. Rodgers and Mr. Terry created all of that with their discriminatory

25 | and unlawful actions but in the "Final Warning" letter they sought to falsely

26 |
27 |
28 |

accuse me of contacting clients in violation of an H&R Block policy.

To wrongfully terminate me and as part of the "Final Warning" letter, Mr. Rodgers and Mr. Terry falsely represented me as working "off the schedule" without permission.

It is common for a tax preparer to work outside of scheduled hours at times whether it involves staying at the office later or going into the office earlier and /or going into the office on a date / time other than scheduled.

When that needs to transpire, my experience has been that we inform the office manager, who then verbally approves same and adjusts the coloring on the schedule if needed.

Further during a meeting prior to Tax Season 2014, Mr. Terry stated that my advancing in certification level yet again reaching the Senior Tax Advisor 5 status brought me to Service Level 3 (the highest of H&R Block's three service levels) and that I could pretty much pick whatever hours I wanted to work.

Part of my reasonable accommodations for my bilateral knee disability were to work Mondays ,Wednesdays and Fridays as it was less stressful on my knees to work longer days less days a week than to work less hours on more days.

As Senior Tax Advisor 5, Service Level 3 and with the loyal following that I had, when Mr. Rodgers only scheduled me for approximately 11:00am-2:00pm on those three days, he set-up conditions that made it impossible for me

to accommodate my existing in-person clients, drop-offs and mail-ins and still be able to take walk-ins and yet remain only within those limited number of hours.

As part of my reasonable accommodations for my bilateral knee disability, Mr. Rodgers told me that I could work outside of my scheduled hours on those days as long as I remained "in the black" on my "Tax Plus Revenue" which is tracked and viewable in what is now "DNA" (formerly "My Block") which is an online website that we each have with H&R Block.   It basically amounted to the fact that as long my commission exceeded my draw and therefore remained "in the black", that he approved my working outside of my scheduled hours on those days.

However, Mr. Rodgers printed schedules off "Appointment Manger" in "DNA" and then wrote notes on them in which he falsely portrayed my pre-approved reasonable accommodations for my bilateral knee disability as working "off schedule" without permission on a number of occasions and used that as grounds to wrongfully terminate me and in the fraudulent "Final Warning" letter.

Less than four months prior to the Mid-Season Review on March 10, 2014, Mr. Terry and I had a meeting prior to Tax Season 2014 and during which he praised me for my integrity and loyalty to H&R Block, requested that I consider putting together training materials and train the CSPs (our front desk

support staff), stated that I exceeded beyond 100% of the goal that H&R Block set for me regarding clients that repeatedly return to specifically me as their tax preparer and stated that I could pretty much pick my schedule as referenced above.

Mr. Rodgers and I were in the same ITC Class together and whereas I advanced as a tax preparer to work as a tax preparer, Mr. Rodgers advanced in certification level but he followed a path of office management instead. Mr. Rodgers and I therefore knew one another before he became my office manager in Tax Season 2014 and in fact prior to then and knowing about my bilateral knee disability, Mr. Rodgers allowed me to use offices that he managed while they were closed so that I could complete certification level testing more comfortably[11].

It was therefore surreal at the Mid-Season Review on March 10, 2014 to witness Mr. Rodgers lie including about reasonable accommodations for my bilateral knee disability that he approved and for Mr. Terry to go along with same.

I disputed my working off schedule without permission and wanted a copy of the schedules that they printed with their notes on them and for Mr. Rodgers and Mr. Terry to specifically indicate which appointments they accused me of working off schedule without permission regarding.

Pursuant to NRS 613.075(1)(a)(1) and 613.075(1)(b) H&R Block was

18

1   legally required to provide me with a copy of those records / evidence that my

2   wrongful termination and  subsequent "Final Warning" letter was based on but

3
    Mr. Rodgers and Mr. Terry refused to do same because there was no real
4

5   evidence of any wrongdoing by me as it was all fabricated and some of the things

6   that I was wrongly accused of represented disparate treatment against me.

7
            Mr. Terry told me that I could print the schedules off Appointment
8

9   Manager which I certainly could do but there was no evidence of wrongdoing on

10  those schedules and therefore I was entitled to a copy of the schedules with the

11
    notes from Mr. Rodgers and Mr. Terry on them.    Subsequently, they blocked
12

13  my access to Appointment Manager in DNA.

14
            In a letter to H&R Block Corporate dated March 21, 2014 in which, among
15

16  other things, I requested a copy of those records, I also complained about the

17  loss of two weeks of wages during the time that I was removed from the schedule

18
    (in essence terminated) and before I was brought back to complete that tax season.
19

20  I also complained about the negative results on my statistics that had ("My Tax

21  Plus Revenue") that would become part of my permanent H&R Block record.  I

22
    also complained about the assaults to my good name and excellent character.
23

24  I was told that I would be provided with the two weeks of pay but it is unclear

25  if that was included in the monies that I received at the end of that tax season.

26
            H&R Block provided me with another Case number with respect to
27

28                                              19

providing me with the records that I requested that included the documentation and evidence that my wrongful termination and "Final Warning" letter was based on but ultimately they refused to provide me with a copy of the records that I am legally entitled to receive.

While I was completing that Tax Season 2014 at the North District Office, I was going to take my required break immediately afterwards as usual and wanted to remain employed during pre-season as a Pre-Season Tax Preparer and Instructor as usual.   However Mr. Dibetta informed me that once I completed Tax Season 2014,  that H&R Block was not going to employ me following that tax season because of my bilateral knee disability and he specifically stated that it was because they could employ tax preparers that are 100% normal / without medical restrictions.   He stated that they did not want to deal with reasonable accommodations for my bilateral knee disability any longer and further stated that I would need to obtain a lawyer to work for H&R Block again.

I filed a complaint regarding that and was told by Associate Relation Advisor Katie Cochran that she would do her "due diligence" regarding same however it was the only complaint for which H&B Block failed to provide a Case Number which I addressed in subsequent communications.

In a letter to H&R Block dated October 15, 2014 I complained that pursuant to what Mr. Dibetta stated that H&R Block failed to employ me as a

Preseason Tax Professional and for the first time in four years, I was not employed as a TTS Field Instructor for Amended Returns.

I also complained about disparate treatment in that Mr. Terry failed to keep me on the email distribution lists following Tax Season 2014 so that I did not receive the emails that I would normally have received following the close of one tax season and prior to the next tax season (during pre-season). We normally receive such emails at our personal / non-H&R Block email address and Mr. Terry removing me from the email distribution lists prevented me from receiving the important information that the other tax preparers and instructors received.

In my letter / complaint, I stated that on September 26, 2014, I received a telephone call from Mr. Terry's assistant at that time and she asked me if it was my intention to continue my employment with H&R Block in Tax Season 2015. I advised her that I certainly wanted to continue working at H&R Block and had my continuing professional education requirements completed but that Mr. Terry failed to include me in the emails following the end of the prior tax season. She stated that she would forward me a copy of the emails but failed to ever do same.

Also in my letter dated October 15, 2014, I complained of disparate treatment in that emails that were sent to my H&R Block email address were being forwarded to Mr. Terry and monitored by him instead of being forwarded to the corporate office by default as transpires during the entire pre-season for

H&R Block employees that do not work during the pre-season.

As I normally was employed during the pre-season following my required break that H&R Block requires of us, I normally took the forwarding off my H&R Block email address and used an autoresponder that directed calling the district office to ask for me since I did not see those emails as frequently as during tax season.   I was not always scheduled with office hours during the pre-season but I was employed as a Pre-Season Tax Preparer including so that I could meet with clients as needed during that time and that requested specifically me as their tax preparer.

In my letter I requested a response as to why my H&R Block email address / emails to same were being treated differently than everyone else and differently than in prior pre-seasons but H&R Block failed to provide a response regarding same.

I applied for my position in my normal office (#27852) for Tax Season 2015 and when I was not hired for same I also applied for my position in other offices and I was blocked from being hired each time even though I met the qualifications and my position remained open / unfilled including in my own office.

While my position remained open / unfilled during Tax Season 2015, tax preparers from my office telephoned clients whose tax returns I prepared and told them that I no longer worked for H&R Block but that they had other qualified tax

preparers to assist them.    Mr. Terry also sent me a letter that especially under the circumstances, was tortious interference with my working as a tax preparer outside of H&R Block.

In response to my "Failure To Hire" discrimination / retaliation complaint H&R Block informed me that Mr. Rogers and Mr. Terry put a code on my employee record that prevented me from being hired in my district as a tax preparer.    She stated that if I moved to another district and thereby obtained another district manager, that person could remove that hiring block.

Although I could log in to my DNA website, various portions of my website were restricted from my viewing and /or use.    For example, I was unable to log into Compass which is where I normally would complete training for my continuing education requirements.

When I heard that Mr. Terry was fired from H&R Block, pursuant to what H&R Block told me about the hiring block on my employee record, that should have meant that the new district manager could remove same.    However, as I stated beginning in USDC Case No. 2, Doc No. 44, p 3, line 27, as of May 19, 2015 is when I discovered that I was denied access to my H&R Block website _completely_.

I filed Doc No. 44 into USDC Case No. 2 on May 21, 2015 and stated that I had not yet heard from a NERC investigator following the Informal Settlement

23

Meeting ("ISM") that NERC sabotaged from transpiring on December 4, 2014.

I received a letter from NERC dated the same date as I filed Doc No. 44 but as they have a conflict of interest with my H&R Block Charge they could not investigate same and DID not receive my evidence of all of the above and more. All I could do was answer a few questions and wait for a transfer of my H&R Block Charge to the Main Office of the EEOC to provide my evidence, expand my Charge and receive an investigation.

I filed my H&R Block Charge with NERC on September 5, 2014.   At the time that I did same, I did not then know that individuals in the LA DO of the EEOC were part of the public corruption / racketeering enterprise  (See especially the box on Exhibit B- page 18 of 53) or I would have filed my Charge with the Main Office of the EEOC and/or another office of the EEOC not including the Las Vegas EEOC Office.   Justice requires a complete change of venue for the investigation of my EEOC Charge and there is no requirement that an investigation must transpire with the EEOC in one's own district.

## V.  NERC AND EEOC

By my providing the Main Office of the EEOC and / or United States Department of Justice ("DOJ") with a copy of what I provided to NERC in my Mosaic Charge (currently USDC Case No. 2), it can be proven that NERC knew that I met my legal burden for my causes of action and that their 'no probable

cause' finding letter was fraudulent.

In my Mosaic Charge, since I provided the LA DO of the EEOC with a copy of what I provided to NERC, by my providing the Main Office of the EEOC and / or the DOJ with a copy of what I provided to the LA DO of the EEOC, it can be proven that they concealed NERC's fraud.

As I reference in Exhibit B, that not only harmed me but it also defrauded our country including by NERC accepting contract monies under false pretenses. Additionally the failure of both NERC and the LA DO of the EEOC to provide honest services (Title 18 U.S.C. § 1346) helped advance the "***Fraud Across The Judicial System***" and the attempts by the conspirators / racketeers to conceal years of state and federal crimes to which I have been a victim and witness.

The "Right To Sue" letter that is therefore before Judge Gordon in USDC Case No. 2 (and the "Right To Sue" letter in Exhibit D herein) therefore involves:

(A) A "fraudulent scheme" meant to deprive of money, property and / or intangibles such as "honest services" (ie – ethical conduct).

(B) Their intent to defraud

(C) Their fraud involved material misrepresentations of truth

(D) The mail was used to carry out the fraud

And accordingly, that is part of the years of Mail and Wire Fraud crimes (Title 18 U.S.C.§ 1341, 1343) attached to "***all of this***"[2].

1    I had just recently witnessed individuals from the Office of the Attorney

2    General of the State of Nevada ("NV AG's Office") act unlawfully in the

3
4    proceedings at the Eighth Judicial District Court (#2 on Exhibit E-Page 37 of 90)

5    and conspire with some of the very same individuals whose criminal conduct they

6    failed to lawfully address (See USDC Case No. 2, Doc No. 40).

7
8    Individuals at H&R Block have known about some of the events that those

9    proceedings were seeking to cover-up.    There is no conceivable way in which I

10   could possibly provide NERC with my evidence and witness contact information

11
12   and my statements regarding same are in my NERC file.

13   Since NERC refused to transfer my H&R Block Charge to the Main Office

14   of the EEOC they would receive $600-$650 for a Charge that they really did not

15
16   "investigate" instead of $50 for transferring it to the EEOC.   That also allowed

17   them to once again take actions that concealed federal crimes that have a

18   reporting requirement at the federal level. (See Exhibit B – Page 4 of 53).

19
20   As the LA DO of the EEOC could only be expected to commit further

21   acts of corruption to cover for their prior unlawful acts, my H&R Block Charge

22   required a transfer to the Main Office of the EEOC to be assigned for

23
24   investigation from there and for my Charge to be expanded to include more recent

25   events.    The Main Office of the EEOC told me to request that the LA DO of the

26   EEOC make the transfer at the time that a Substantial Weight Review ("SWR")

27

28                                    26

would normally transpire and that is what I did (Exhibits B and C).   However, the LA DO of the EEOC refused to transfer my H&R Block Charge and clearly lied in their letter dated October 27, 2015 in which Karrie L. Maeda stated that I requested a SWR from them (Exhibit D-Page 1 of 4).

Further, when Ms. Maeda stated "The evidence provided fails to substantiate a violation of laws against discrimination" it must be remembered that NERC and therefore the LA DO of the EEOC did NOT receive my evidence and NERC did not conduct an "investigation".   I answered some questions while NERC refused to answer three very important questions in writing.   That was their "investigation".   NERC did NOT receive my evidence and witness contact information and they failed to address the disparate treatment and Failure To Hire. They did not "investigate" my Charge nor expand my Charge – they have a conflict of interest.

It is in my NERC file that I have a lot of evidence to be provided to the Main Office of the EEOC or another district office that they would transfer my H&R Block Charge to.

Therefore when Ms. Maeda further stated "There were no indications that further investigation would disclose a violation of one of the statutes enforced by the EEOC" that is readily provable to be an obvious lie  as she knows and/or has reason to know that is not true and which will be apparent upon

1    review of what I sent to NERC regarding my having the evidence for the Main

2    Office of the EEOC.

3

4        When the LA DO of the EEOC issued another fraudulent "Right To Sue"

5    letter instead of forwarding my H&R Block Charge to the Main Office of the

6    EEOC, that started the clock on my ninety-day filing requirement.      As per #6

7

8    in my "Obstruction of Justice and Due Process Rights Violations" affidavit,

9    it would be in the best interests of myself, the public safety and our country for

10   the Main Office of the EEOC to rescind the Right To Sue letter and provide not

11

12   only for the investigation that NERC and the LA DO of the EEOC failed to do,

13   but also for the criminal conduct involved in same (Exhibit E-Page 2 of 90).

14        In addition to the circumstances regarding my Charges, there is the fact

15

16   that NERC has twice accepted contract monies for "investigations" they did not

17   honestly conduct and will provide false results that will be upheld by individuals

18   at the LA DO of the EEOC.

19

20       However to try to have the Right To Sue letter rescinded by the Main

21   Office of the EEOC takes time and during the time that the clock was running

22   on the ninety days, H&R Block was no longer blocking my re-hiring.

23

24       After failing to hire me as a Pre-Season Tax Preparer and Instructor in

25   2014 ("Pre-Season 2015"), and failing to hire me for my position during Tax

26   Season 2015,  Pre-Season Tax Preparer and Instructor in 2015 ("Pre-Season

27

28                                          28

1  2016") while the date for filing this legal action was approaching, I was suddenly

2  being considered for my position as a Tax Preparer in Tax Season 2016.

3

4         However, including but not limited to the fact that I remained blocked

5  from accessing my DNA website, every step of the way, there have been

6  roadblocks and disparate treatment and what feels more like "pretend" hiring in

7  the face of these legal matters than anything else.

8

9         To wit, in addition to continuing professional education requirements that

10  are required of all tax preparers, H&R Block has its own required training and

11  time had to be spent on same – online and in person.   When the schedule was

12

13  sent out via email with everyone listed on same for training dates and times at

14  various offices, my name was not included on the lists.    When I emailed the new

15  district manager David Williams about adding me to that schedule, I did not

16

17  receive a response.    When the training date and location I asked to be added to

18  the list for was approaching, I made a telephone call to see if it was still scheduled

19  and I literally just had to show up.

20

21         There are emails that other tax preparers received that I was not included

22  on.

23

24         In my (re-)hiring for Tax Season 2016, I was given what could deceptively

25  appear to be a raise in my hourly pay but that I contend is sabotaging me for

26  being able to stay in the black on my Tax Plus Revenue and I requested in writing

27

28                                                29

that it be lowered.    As it is a draw against commission that is settled at the end of tax season, it is not really a "raise" but more of a higher amount of per hour advance monies.    At the end of tax season, if a tax preparer's commissions exceed the amount they have been paid per hour, they receive the difference in a final paycheck for that tax season.    If however a tax preparer's commissions are less than the amount they have been paid per hour, they are in overdraw.   The difference does not have to be paid back to H&R Block but one could be deemed to not be profitable and that could be used as a pretext to hide the true motive for failing to employ me following this tax season.

The discriminatory and illegal actions of H&R Block have made it harder for me to remain in the black while they simultaneously increased my hourly draw against commission rate.

To wit, one of the areas of our pay includes client retention which I excelled at and spent years developing.   As per above, prior to the start of Tax Season 2014, Mr. Terry praised how I exceeded beyond 100% of H&R Block's goal for me for clients that repeatedly return to specifically me as their tax preparer.   Therefore when Mr. Rodgers and Mr. Terry blocked my employment in Tax Season 2015, they knew that were breaking that continuity of clients that return to me personally as their tax preparer each year and that it would impact my income in a substantial manner.    I am a Senior Tax Advisor 5 but

without a prior client history from Tax Season 2015 so they made it comparable to me being a First Year Tax Preparer in pay / commissions in that area.

That has been further impacted by my being displaced to a totally different office from where I worked every prior tax season and therefore where I do not have access to my prior client records.   I was (re-)hired for my positon in my office (Office #27852) and after my business cards were ordered for same, I was told that I was assigned to another office.

It must be remembered that clients that would normally have returned to me personally in Tax Season 2015 were telephoned and told that I was no longer working with H&R Block at all ever while my position in fact remained open.

If I was still in my prior office (#27852), I could expect to at least see some of those clients in person but being moved to a totally different office, they would not even know to look for me unless I could call them and tell them that I am working with H&R Block and where I am.   However, all of my client information that was in my H&R Block email account that Mr. Terry monitored has been totally wiped out and what client contact information was made available to me is largely missing contact phone numbers and is mostly a list of clients that failed to return to H&R Block in 2015 because of the events that transpired.

Because H&R Block failed to employ me in 2015 to be (re-)hired for

31

Tax Season 2015, I could not just complete my continuing professional education credits ("CPEs") but rather I had to pass a knowledge assessment examination. After doing same, I was provided with access to a limited DNA/Compass website but not my DNA/Compass website with my history and full access to courses therein.    I therefore had to obtain my CPEs from outside of H&R Block.

Although I should have had my access restored to my normal Compass in DNA within 48 hours of my "(re)hire" as transpires with "first year" tax preparers that receive access to Compass / DNA for the first time upon hiring,  it was delayed by "management" (unspecified as to whom) and coincided with the prejudicial events that have transpired at the Supreme Court of Nevada.

Normally tax preparers have a key for their office and yet I do not have a key for my new office whereas the other tax preparers have keys.

Until the unlawful actions of Mr. Rodgers and Mr. Terry in March 2014, H&R Block was in the background of "*all of this*"[2] providing me with reasonable accommodations for years.

Additionally, my training with H&R Block provides me with a greater understanding of the areas of tax fraud in these legal matters.   Although IRS Publication 17 is the main guide, certain topics have their own "pubs" and tax preparers use pubs similar to how attorneys use legal resources.

With respect to same, as we were headed into Tax Season 2014, Mr.

32

Rodgers and I spoke about matters related to "***all of this***"[2] and I asked him if he knew of a pub specific to bribes and kickbacks and Exhibit A is his email reply to me.    In my filing "**For Immediate Release: Claim File Tampering, HIPAA Violations and Public Corruption At The Hearing and Appeals Division**" that was dated approximately four months after the end of Tax Season 2014, I referenced the tax treatment of bribes and kickbacks beginning at #71 on USDC Doc No. 36 at 21:71.

Although I declined to receive the bribe offered to me by former Senior Counsel for the NV DIR[12] John Wiles, Esq and Kevin L. Johnson, Esq, his firm (Lewis Brisbois Bisgaard and Smith LLP) and clients (Mosaic – defendants from USDC Case No. 2, The Hartford and their Third Party Administrator Specialty Risk Services) through my court-appointed NAIW[13]-counsel Liceu Pereria, Esq, the fact that it was offered to me means that those individuals would be party to same which together with their use of falsified documentation has been known by individuals in the NV AG's Office since at least 2011 as has the kickbacks involved with the medical fraud (ie-reports beginning on Exhibit F-Page 5 of 29, line 17) that are applicable to my Claim and Mosaic Charge.

Before the start of Tax Season 2014 when I attended an event in preparation for same and during which time I met with Mr. Terry as referenced above, Mr. Rodgers was the first to greet me with "***Hi Gorgeous***".    When I arrived and we

33

were all at the front of the office, Mr. Rogers, Mr. Terry and Mr. Dibetta were present and they joked a bit as if I was Erin Brockovich and they asked me "…*is the movie was coming out yet ?*".

The importance of my including that is because individuals at H&R Block not only provided reasonable accommodations but they were aware of circumstances related to the cause of my bilateral knee disability and that there were ongoing legal matters involving fraud and corruption.

Individuals including but not limited to Ms. Kasky and Mr. Dibetta read filing(s) such as contained in Exhibit G.   As Mr. Rogers is retired military, he and I spoke about the potential ramifications for Appeals Officer Gary Pulliam, Esq under the Uniform Code of Military Justice for his unlawful and felonious conduct in my Claim which could include loss of rank and all retirement pay.

Around March 2014 is when Appeals Officer Pulliam was initially trying to close my Claim before he would generate the fraudulent Interim Order that would lead to the fax on Exhibit E-Pages 48-90 of 90 and thereafter his fraudulent Decision and Order dated November 14, 2014 that is part of what the fraudulent Orders from the Eighth Judicial District Court were fabricated to conceal.   How the pay structure with H&R Block works is one of the only things that Appeals Officer Pulliam allowed me to file since he was bringing back all of the fraud and as I was prohibited from having any due process rights such as

34

1 submitting evidence.

2 Also around March 2014 is when NERC was "investigating" my Mosaic
3
4 Charge and the importance of the monies that I received from H&R Block is in
5 my records for my Mosaic Charge with them.

6 At the start of Tax Season 2014, including via the schedule, I was being
7
8 set-up to be sabotaged for wrongful termination and in March 2014, is when Mr.
9 Rodgers and Mr. Terry wrongfully terminated me related to my bilateral knee
10 disability and reasonable accommodations for same.
11
12 A reason that I am including the above is because of my ham and eggs
13 analogy beginning on Exhibit F-Page 14 of 29 and specifically that once a party
14
15 takes any action in furtherance of the conspiracy / racketeering enterprise, they
16 are "committed" and cannot just walk away.

17 I do not yet know if H&R Block was party to the sabotaging of the
18
19 Informal Settlement Meeting in December 2014 and NERC repeatedly refused to
20 answer my question about same in writing.    If an ISM transpired, inter alia the
21 lies and false evidence that Mr. Rodgers and Mr. Terry brought to upper
22
23 management as referenced above could have been revealed for what they are.
24 During which time H&R Block and I might also have reached a settlement.

25 Why H&R Block cut off my access to DNA completely in May 2015 and
26
27 just before NERC would begin to fail to actually "investigate" my H&R Block

28 35

1   Charge including the Disparate Treatment and Failure To Hire for which my

2   evidence is solid, is also a valid question.

3
4          A point is that if H&R Block has taken any actions in collusion with

5   NERC by sabotaging the ISM or have otherwise taken any inappropriate actions

6   in concert with those that are part of "***all of this***"[2], then H&R Block has become

7
8   party to more than my Charge alone and would be ham on the plate.

9          Although I am told that Mr. Terry was fired by H&R Block, it is my

10  understanding that Mr. Rodgers is working as an assistant to the Regional

11  Manager where he likely has even greater access to records and influence and

12
13  can be a source of the disparate treatment, retaliation and defamation currently

14  transpiring against me.

15
16         Further, beyond my own personal matter, I contend that it is a cause for

17  concern when someone that falsifies documents and lies to upper management

18  gains greater authority and access to records at a company that is directly tied

19
20  to revenue for our federal government whom was defrauded by both NERC and

21  the LA DO of the EEOC in the corruption of my H&R Block Charge.

22                        **VI.  FIRST CAUSE OF ACTION**
23                            (Failure To Accommodate)

24         H&R Block knew that I was disabled within the meaning of the ADA.

25  H&R Block saw that I was able to perform the essential functions of my three

26
27  positions with reasonable accommodations but stated that they did not want to

28                                      36

1  employ a disabled tax preparer when they could obtain tax preparers that are

2  100% normal and without medical restrictions and did not want to provide

3
4  reasonable accommodations any longer.

5       My reasonable accommodations were always addressed directly with my

6  office managers and district managers.   At no time did management ever indicate

7
8  any need for anything to be on file at the Corporate Office regarding same.

9       I have requested reasonable accommodations with my current office

10 manager in my new office - Edwin "Clair" Howes – and stated that it is my

11
12 understanding that we should have something on file at the Corporate Office

13 regarding same but he stated that makes more work for him.

14       I have requested to wear certain footwear, to have the less days, longer

15 hours schedule and to sit close to the printer, none of which represent any

16
17 hardship on H&R Block.   Mr. Howes stated his preference to accommodate

18 reasonable accommodations via verbal agreement.

19
20 ### VII.  SECOND CAUSE OF ACTION
(Wrongful Termination)

21
22      H&R Block knew that I was disabled within the meaning of the ADA.

23 I was wrongfully terminated on March 10, 2014 by Patrick Rodgers and Douglas

24 Terry because of my bilateral knee disability and the unwillingness of H&R Block

25
26 to provide reasonable accommodations for same any longer.   I filed a complaint

27 with H&R Block regarding same.

28                              37

## VIII.  THIRD CAUSE OF ACTION
(Failure To Hire)

H&R Block knew that I was disabled within the meaning of the ADA.

H&R Block knew that I could perform the essential job functions with reasonable accommodations especially since they provided reasonable accommodations for years and I continued to advance in certification level and the complexity of the tax returns that I could prepare.

In Tax Season 2014, after being put back on schedule only to complete the tax returns for clients that did not want another tax preparer to complete / prepare their tax returns, Michael Dibetta stated that H&R Block was not going to employ me any longer when they can obtain tax preparers that are 100% normal and without medical restrictions and that they did not want to provide reasonable accommodations any longer.   Mr. Dibetta stated that I would have to obtain a lawyer to work for H&R Block again.    I filed a complaint with H&R Block regarding same.

H&R Block failed to hire me as a Preseason Tax Preparer and Instructor in 2014 ("Pre-Season 2015").   I filed a complaint with H&R Block regarding discrimination related to my bilateral knee disability and retaliation.  I also complained of disparate treatment such as with emails.

When H&R Block failed to hire me as a Tax Preparer in 2015, they knew that I met the qualifications for my position and could perform the

38

1  essential functions of same.    My position remained open as did comparable

2  positions in other offices.   I was told by H&R Block that my hiring was

3
4  blocked by management and by ultimately Douglas Terry as the then-district

5  manager.   The code that was used was specific to my bilateral knee disability

6  and reasonable accommodations for same.

7
## VIV.  FOURTH CAUSE OF ACTION
8  (Retaliation)

9
10      After I filed the first Complaint for discrimination for failure to

11  accommodate and wrongful termination with H&R Block, Mr. Rodgers and Mr.

12  Terry further disparaged me to H&R Block Corporate and upper management and

13
14  generated a "Final Warning" letter that was based on their lies and fabricated

15  evidence that they refused to provide me with a copy of and that was/is intended

16  to be part of my permanent record with H&R Block.

17
18      I filed a Complaint on the failure of Mr. Terry, Mr. Rodgers and/or Mr.

19  Dibetta to provide me with documentation related to my wrongful termination

20  and "Final Warning" letter that I was / am legally entitled to receive.

21
22      I filed a Complaint regarding Mr. Dibetta stating that I would not be

23  employed any further because of my bilateral knee disability and reasonable

24  accommodations for same as stated above.

25
26      I filed a Complaint regarding H&R Block's failure to hire me and

27  regarding disparate treatment and retaliation.

28                                          39

1   H&R Block confirmed that my rehiring / employment was being blocked

2   by management and ultimately by Doug Terry but took no further actions to assist

3

4   me regarding same.    When my position remained open while my clients were

5   telephoned and told that I was no longer working for H&R Block that was

6   both Failure To Hire related to my disability and also retaliatory for filing the

7

8   Complaints.

9   If H&R Block was involved with the sabotaging of the ISM and

10  conspired with NERC to remove my access to DNA at the same time that NERC

11

12  would begin their "investigation" that they both did not really conduct and that

13  they failed to address the Disparate Treatment and Failure To Hire in, then clearly

14  that is no less than retaliatory for filing my Charge.

15

16                    **X.  FOURTH CAUSE OF ACTION**
                                    (Disparate Treatment)

17

18  In addition to H&R Block's Wrongful Termination and Failure To Hire,

19  disparate treatment transpired when only my H&R Block email address was

20  monitored by Mr. Terry and everything in my email account was completely

21

22  removed.    Disparate treatment also includes my being removed from the email

23  distribution list in whole or part, my access to DNA being restricted in whole

24  and/or part, my being displaced to another office without full access to all former

25

26  client records, my not being listed on the training schedule or receiving an office

27  key like the other tax preparers.

28                                              40

## XI.  FIFTH CAUSE OF ACTION
(Defamation)

Mr. Terry and Mr. Rodgers lied to upper management / H&R Block Corporate to wrongfully terminate me and to generate the "Final Warning" letter that was/is intended to be part of my permanent file at H&R Block.    Everything in same is false and intended to cover for their discriminatory and illegal actions. Especially with Mr. Rodgers' position as an assistant to the Regional Manager, he is in a position to further advance those lies and to continue to defame me while I continue to sustain damages from same.    The new District Manager David Williams reports to the Regional Manager that Mr. Rodgers is an assistant to.    I spoke with Mr. Williams and he acknowledging having heard things about me. Especially as I was deprived of an ISM and from receiving an investigation into my Charge, I continue to suffer from the lies that were told about me by Mr. Rodgers and Mr. Terry.

When I was wrongfully terminated and clients called looking for me, H&R Block told them things about me that were not true and that sought to damage my reputation and income.

## XI.  SIXTH CAUSE OF ACTION
(Tortious Interference)

I received a letter from Mr. Terry that was worded in a manner in which he referenced my not returning to H&R Block and in which he failed to represent

41

1    that it was he who was blocking same from transpiring.    Including through Mr.

2    Terry, H&R Block sought to restrict my employment as a tax preparer outside of

3

4    H&R Block.

5        While it appears as if I am (re-)hired as a Tax Preparer, the process has not

6    been "normal" and does not feel genuine.    It further appears that actions that

7

8    have transpired have a goal of preventing me from communicating with the

9    clients that used H&R Block in 2015 and that would have returned to me as their

10   tax preparer if H&R Block had not failed to hire me.

11
                    **XII.  SEVENTH CAUSE OF ACTION**
12                   (Intentional Infliction Of Emotional Distress)

13
        H&R Block was in the background of "***all of this***"[2] for years and knew
14

15   that I was greatly harmed and that I truly loved my job at H&R Block and the

16   clients whose tax returns that I prepared.    They also know how much I loved

17
     teaching Intermediate Amended Returns each pre-season.
18

19       If my H&R Block Charge was investigated by the Main Office of the

20   EEOC, and if the intentional corruption of both my Charges (Mosaic and H&R

21
     Block) was also part of an investigation by the EEOC and/or DOJ especially as
22

23   part of the "***Fraud Across The Judicial System***" it is my contention that an

24   intention to further harm me and to cause me further emotional stress would be

25
     revealed.    I contend that the intention to take away what little employment I had
26

27   during these years and that I truly loved is further retaliation against me and is a

28                                    42

1  further violation of Title 18 U.S.C. § 1961(1).

2  In USDC Case No. 2, I addressed the fact that the letter from NERC
3
4  regarding my H&R Block Charge and Doc No. 88 filed by Mosaic's legal
5  counsel in that case and that was filled with lies were timed to both arrive to me
6
7  on the same date while also indicating the pre-determination of my Supreme
8  Court of Nevada appeal therein.   Defendants in USDC Case No. 2 benefit from
9  the corruption of my H&R Block Charge and the abuse of process of my Supreme
10  Court of Nevada appeal.   Again, there is an orchestration behind the corruption
11
12  of all legal matters (Exhibits E-F).

13  **XIII.  JUDICIAL NOTICE**

14  Fed.R.Evid Rule 201 allows the federal courts to take notice of matters of
15
16  record in other court proceedings "both within and without the federal judicial
17  system, if those proceedings have a direct relation to matters at issue".   United
18  States ex rel. Robinson Rancheira Citizens Council v. Borneo, 971 F.2d 244, 248
19
20  (9th Cir. 1992)(internal citation omitted).   Rule 201 mandates that a federal court
21  take judicial notice "if requested by a party and supplied with the necessary
22  information" (Fed. R. Evid 201(c)).   "Judicial notice may be taken at any stage
23
24  of the proceeding" (Fed. R. Evid 201(d)).

25  In Exhibit G, it can be seen that following failed mediation with Mosaic
26  in my Claim and Charge and therefore since November / December 2012, I have
27
28  43

repeatedly requested a stay of the proceedings including to obtain legal counsel and to assess the theft and tampering to my claim files and records and that it was always denied.    After the removal of defendants from USDC Case No. 1 it can be seen that my filings at the Hearing and Appeals Division all began with my name and "*forced into self-representation*".

As the filings from the Eighth Judicial District Court A-14710380-J should be viewable to this Court through DAP in their E-File and Serve system and as the filings from Supreme Court of Nevada Case No. 68180 can be viewed by navigating to http://caseinfo.nvsupremecourt.us/public/caseSearch.do , entering "*68180*" in the box for "*Case No*", clicking on "*Search*" , it can be seen that I have been denied my right to legal counsel for greater than three years.

**I request that Judicial Notice be taken that I do not waive my right to legal representation**.   I have repeatedly stated that I cannot meet filing requirements and seek and obtain legal counsel simultaneously which would likely come from outside of this state.

**I request that Judicial Notice be taken that this legal action sustained sabotage as part of the "*Fraud Across the Judicial System*"**.    That transpired when the ISM was sabotaged and my H&R Block Charge failed to be transferred to the Main Office of the EEOC for an investigation into same to transpire.   I was also kept busy with more tampering to my records and

corruption and filing requirements with the Eighth Judicial District Court and

Supreme Court of Nevada (ie-Exhibits E-F.   That forced me into having to file

this Initial Complaint on my own and did not provide me with enough time for

this matter to be fully explained to the EEOC Main Office for them to rescind the

Right To Sue letter and provide for an investigation of my Charge.

   **I request that Judicial Notice be taken that the Main Office of the**

**EEOC can still arrange for an investigation into my H&R Block Charge.**

When I filed my Initial Complaint in USDC Case No. 2, I was forced to do same

without the benefit of legal counsel and I did not know to include statements

regarding prima facie elements in causes of action, some of which would be the

same as herein as would statements regarding jurisdiction and venue.   The fact

that I actually met the legal burden in the evidence that I provided to NERC and

that their findings were intentionally fraudulent combined with the LA DO of the

EEOC issuing an intentionally fraudulent "Right To Sue" letter is criminal

conduct as was the corruption of my ISM and investigation of my Charge against

H&R Block.

   Although I now know about including such elements, I am not qualified

to self-represent and I deserve a chance to have an attorney review everything

herein and to amend what is required.   Further, all civil proceedings  have

become criminal matters and it is unjust for the defendants / respondents/ parties,

etc in all legal matters to further advance their unfair advantage from same.

I can detail the "***Fraud Across The Judicial System***" and show how the conspirators / racketeers are orchestrating the corruption and cover-up across the courts.

## XIII.   PRAYER FOR RELIEF

1.     There is already a motion before Judge Gordon with my request for assistance with this legal matter as it is directly related to what is before him and there have been overlapping events with both Charges including with respect to NERC, the LA DO of the EEOC, Mosaic and their legal counsel[1] in USDC Case No. 2.   References to H&R Block are in the Record on Appeal from my Claim (Exhibit G) and in the district court proceedings.

2.     I have read about federal judges that sua sponte have remanded matters back to the EEOC for poorly conducted investigations.     If this Court requires a Motion For a Writ of Mandamus from me to provide for the investigation that never transpired, I would file for same as I have no other speedy remedy and otherwise this matter will be litigated with my having been completely deprived of any legitimate investigation into either of my Charges and while defendants in all legal matters prejudicially benefit from same.

3.     Chief Judge Gloria M. Navarro has a conflict of interest with all legal matters including this action.     Events that have transpired in USDC Case No. 1

are part of the "***Fraud Across the Judicial System***" and delivered a favorable outcome for Judge Navarro's friends, family and/or associates while depriving me of my due process rights . Although everything that transpired therein can be set side including but not limited to because of the profound violations of Title 28 U.S.C. § 455 and the Code of Conduct of U.S. Judges, the fact remains that all legal proceedings have been corrupted or attempted to be corrupted and it is unjust for civil proceedings to continue while the criminal conduct related to same has failed to be lawfully addressed. Further, some of the records that have remained illegally withheld from me by defendants in USDC Case No. 1 are directly related to all legal matters including this action.

4. The United States Supreme Court has ruled that a district court may stay proceedings for criminal proceedings. If this matter is remanded to the Main EEOC Office (Washington, DC) for investigation and if Judge Gordon will continue the stay in USDC Case No. 2, I can bring before the appropriate federal authorities, the evidence of the intentional corruption of both Charges by NERC and the LA DO of the EEOC and the affidavits pursuant to USDC Case No. 2, Doc No. 90. Additionally, #3 in Exhibit F-Page 21 of 29 ("Forthcoming Affidavit") is related to both Charges including because the pre-determined end result at the Supreme Court of Nevada was supposed to advance Mosaic's fraudulent filings in USDC Case No. 2 and would also assist H&R Block in this

1   Charge and legal matter (Exhibit F).

2       5.      I am seeking damages that I am legally entitled to receive and that

3

4   are in excess of $75,000, pre-judgment and post-judgment interest as provided by

5   law, costs and attorney fees and all other relief that is just and proper including

6   but not limited to the removal of the "Final Warning" letter from my employee

7

8   file at H&R Block and the opportunity to obtain legal counsel to assist me.

9       I declare under penalty of perjury that the foregoing is true and correct to

10  the best of my knowledge, belief and personal experience.

11

12      DATED this 27th day of January 2016

13

14

15

16  Subscribed and Sworn before me          Kimberly A. Maxson
                                            Plaintiff, IN PROPER PERSON
17  this 27th day of January 2016           624 Mariola Street
                                            Las Vegas, NV 89144-4479
18                                          Phone:  702-318-2750
19  _____                Email:  KimberlyMaxson3@GMail.com
20  Notary Public

            ROBERTO RODRIGUEZ
21          Notary Public, State of Nevada
            Appointment No. 14-14901-1
22          My Appt. Expires Aug 1, 2018

23

24      [1] Roger L. Grandgenett II, Esq (NV Bar Number 6323), Rachel Silverstein,
    Esq (NV Bar Number 11057), Littler Mendelson, P.C., 3960 Howard Hughes
25  Parkway, Suite # 300, Las Vegas, NV  89169-5937.
26      [2] "all of this" is a quote I have used in many pleadings that comes from
    Appeals Officer Michelle L. Morgando, Esq on October 19, 2012 when after
27  learning of my Report in progress and notification to authorities, expressed

28                                  48

concern on the record if I was reporting her to be a "***part of all of this***".    Appeals Officer Morgando had evidence of the Fraud on the Court, Attorney Misconduct and Public Corruption for approximately fourteen months at that time and failed to follow the law and/or notify authorities with respect to same.    I did not know the extent of the Appeals Officer's failure to follow the law at that time.    No party has ever disputed nor denied that comment in response to any pleading in which it was referenced by me.

[3] Exhibit E-pages 48-90 are also USDC Case No. 2, Doc No. 76-3, p 9-32 and Doc No. 76-4, p 3-20 and also USDC Case No. 1, Doc No. 1-main, Exhibit B, p 19-61),

[4] I generally have defined "Charge" as actions and events related to discrimination based on disability and retaliation regardless of whether or not they were investigated by the Nevada Equal Rights Commission ("NERC").    See #2 on Exhibit E-Page 38.

[5] I generally have defined "Claim" as actions and events that transpired during the proceedings for my Nevada Workers Compensation Claim although in fact, the entire proceedings were corrupted by fraud starting from the beginning and never actually transpired as a workers compensation claim.    See #1 on Exhibit E-Page 38.

[6] See Endnote A on Exhibit E-Page 85 of 90

[7] The Record on Appeal having been subjected to repeated theft and/or tampering, it is not the full and complete record.    Therefore, when I reference the full and complete record, I am referring to everything that exists and/or that was filed in its original and untampered format.

[8] Claims Acceptance Letter of "***Chondromalacia Patella of Bilateral Knees***" and "***Attenuated ACL of Left Knee***" that resolved "**Scope of Injury**" and that I earned via **the REMAND from Hearing # 79899-NG** on January 19, 2011 when the authority to fulfill that **REMAND** was given to Dr. Todd V. Swanson by The Insurer in order to replace Dr. Bernard C. Ong who failed to fulfill its terms on November 12, 2010.    It remains illegally withheld from me in violation of that **REMAND** since January 19, 2011 along with the **Benefit Penalty** owed to me despite the fact that Appeals Officer Michelle L.Morgando, Esq had the evidence in her possession since August 2011 to provide for same.

[9] Dr. Michael Crovetti as treating provider for my bilateral knee injuries comes from the line of two **REMAND**s. One from the **REMAND** that provided for the inclusion of my bilateral knee diagnoses in my Claim and thus my CAL[c] and the other from a **REMAND** regarding a treating provider for continued

medical treatment following the earning of my CAL$^C$. Both have been illegally withheld from me for years despite the evidence that had been in the possession of Appeals Officer Morgando to resolve the matters in May/June 2012 if not July/August 2011. Dr. Crovetti diagnostically and/or surgically validated the CAL$^C$ diagnoses of "***Chondromalacia Patella of Bilateral Knees***" and has been misleadingly represented by Kevin L. Johnson, Esq as treating out of workers compensation as part of an FOTC scheme.

[10] I am 80% complete on the Master Tax Advisor level which is the highest certification level from H&R Block.

To become an Enrolled Agent with the IRS involves taking and passing a three-part examination administered by the IRS.

Once I study for, take and pass the three-part Enrolled Agent examination is when I would achieve "Master Tax Advisor" status with H&R Block.    As there is no certification level higher than a Master Tax Advisor / Enrolled Agent, individuals already at that level must maintain that level but there is no "certification level" at H&R Block higher than same.    There are however, specialty certifications / Tax Expert status that can be obtained at H&R Block by tax preparers at any certification level and regarding which I earned three – Small Business, Investment Income and Military.

[11] Certification level testing transpires during the pre-season when mostly only the district office is open.    Each level tests on tax knowledge from all prior levels and as those exams are open book, that can involve numerous course books. By using a closed office, among other things, I could more comfortably spread out my books and materials and at times could pass more than one exam on a given date when unrestricted by time (ie – office hours).    That way I could complete more exams on less days spent doing same.    Somewhat comparable to working more hours on Mondays, Wednesdays and Fridays than fewer hours more days a week.    Testing in a closed office also allowed me to dress comfortably and to elevate my legs as needed on a long day of testing.

[12] Nevada Division of Industrial Relations of the Nevada Department of Business and Industry.

[13] Nevada Attorney For Injured Workers also under the Nevada Department of Business and Industry.