**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KIMBERLY A. MAXSON, | Case No. 2:16-cv-00152-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING TO STAY** |
| H & R BLOCK, INC., | (ECF No. 43) |
| Defendant. | |

IT IS ORDERED that plaintiff Kimberly Maxson's motion to stay **(ECF No. 43) is**

**DENIED**.

DATED this 1st day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE